1
2
3
4
5
6
7

SenD

FILED
CLERK, U.S. DISTRICT COURT

FEB - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

UNITED STATES OF AMERICA,           Case No.: *CR 13-788*

                    Plaintiff,       ORDER OF DETENTION PENDING
11                                    FURTHER REVOCATION
12          v.                        PROCEEDINGS
                                      (FED. R. CRIM. P. 32.1(a)(6); 18
13   *James Gutierrez*                U.S.C. § 3143(a)(1))
14                  Defendant.
15

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Central___ District of

18   ___California___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)  The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          (X)  information in the Pretrial Services Report and Recommendation

26          (X)  information in the violation petition and report(s)

27          (X)  the defendant's nonobjection to detention at this time

28          ( )  other: _____

                                    1

1       and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and

3       convincing evidence that he/she is not likely to pose a danger to the

4       safety of any other person or the community if released under 18 U.S.C.

5       § 3142(b) or (c).  This finding is based on the following:

6           (X)   information in the Pretrial Services Report and Recommendation

7           (X)   information in the violation petition and report(s)

8           (X)   the defendant's nonobjection to detention at this time

9           ( )   other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  February 7, 2014          _____

15                                      SHERI PYM
                                      United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28